9/22/2009

Exhibit 1

```
 1                      STATE OF MICHIGAN

 2

 3

 4

 5    IN RE:

 6

 7    VIDEOTAPE AT CANTON POLICE DEPARTMENT

 8    _____/

 9

10    PAGE 1 TO 19

11

12

13                    TRANSCRIPTION OF

14           VIDEOTAPE AT CANTON POLICE DEPARTMENT

15                    SEPTEMBER 22, 2009

16

17

18

19

20

21

22

23

24

25
```

9/22/2009

Page 2

1                    DESK OFFICER:  Do you guys have

2    something really quick or --

3                    CLIFF LEE:  No, we want to make a

4    report.

5                    DESK OFFICER:  Okay.  Can you just

6    take a seat?  Can you just take a seat?  I'll be with

7    you guys in a few minutes.  Where did it happen at?

8                    CLIFF LEE:  At her house.

9                    DESK OFFICER:  Where is that at?

10                   KATIE WILLIAMS:  Wall Street.  Wall

11   Street.

12                   DESK OFFICER:  Where is that?

13                   KATIE WILLIAMS:  Wall.

14                   DESK OFFICER:  In the trailer park?

15                   KATIE WILLIAMS:  In Canton.  No, not

16   the trailer park.

17                   DESK OFFICER:  Wall Street.

18                   KATIE WILLIAMS:  It's

19   (indecipherable) south.

20                   DESK OFFICER:  Okay.

21                   KATIE WILLIAMS:  Okay.

22                   DESK OFFICER:  Take a seat.

23                   (The Desk Officer helps an

24                   unidentified citizen.)

25                   CLIFF LEE:  (Indecipherable, and



**9/22/2009**

```
 1    shows badge to Desk Officer).

 2                      DESK OFFICER:  Uh-huh.

 3                      CLIFF LEE:  She needs an escort to

 4    her house.

 5                      DESK OFFICER:  Okay.

 6                      CLIFF LEE:  I'm not trying to rush

 7    you.

 8                      DESK OFFICER:  Yeah, I'm going to be

 9    done with him in one minute --

10                      CLIFF LEE:  Okay.

11                      DESK OFFICER:  -- and then I'll get

12    you guys going and then we'll get you out of here on

13    and I'll do whatever you guys need done here, okay?

14                      (The Desk Officer helps an

15                      unidentified citizen.)

16                      DESK OFFICER:  Okay, what's going

17    on?

18                      KATIE WILLIAMS:  I'm in the process

19    of filing for a divorce.

20                      DESK OFFICER:  Uh-huh.

21                      KATIE WILLIAMS:  My husband came to

22    my house tonight and (indecipherable).

23                      DESK OFFICER:  Okay.

24                      KATIE WILLIAMS:  So he took my keys,

25    threw me on the ground, took my phone and --
```



**9/22/2009**

Page 4

```
 1                      DESK OFFICER:  Where is he at right

 2  now?

 3                      KATIE WILLIAMS:  I have no idea.

 4                      DESK OFFICER:  Where is he staying?

 5                      KATIE WILLIAMS:  I have no idea.

 6                      DESK OFFICER:  You don't know that?

 7                      KATIE WILLIAMS:  No.

 8                      DESK OFFICER:  How long have you

 9  guys been split up?

10                      KATIE WILLIAMS:  Two months.

11                      DESK OFFICER:  Two months?

12                      KATIE WILLIAMS:  Um-hum.  That's my

13  sister.

14                      CLIFF LEE:  Hello.

15                      DESK OFFICER:  You guys --

16                      KATIE WILLIAMS:  I haven't filed for

17  divorce yet because I got married in Mexico and I don't

18  know if my license is valid or not.  All I want right

19  now (indecipherable) just left when that all happened,

20  and he left.  And I have a child and my child is

21  (indecipherable) so I left because my son thinks he's

22  coming back.

23                      DESK OFFICER:  Okay.  How old is

24  your son?

25                      KATIE WILLIAMS:  Nine.
```



**9/22/2009**

Page 5

1                    DESK OFFICER:  Did he see what
2   happened?
3                    KATIE WILLIAMS:  He didn't see it
4   all.  It was in his bedroom.
5                    DESK OFFICER:  Okay.
6                    KATIE WILLIAMS:  He heard it.
7                    DESK OFFICER:  So it's a domestic
8   situation?
9                    KATIE WILLIAMS:  All I really want
10  to do is get an escort to my house to get my stuff and
11  leave, but he's (indecipherable) and I don't want --
12                    DESK OFFICER:  He's what?
13                    KATIE WILLIAMS:  He's a police
14  officer, so I don't want --
15                    DESK OFFICER:  Where?
16                    KATIE WILLIAMS:  Detroit.  All I
17  want to do is go do my house and get my stuff out of
18  there.
19                    CLIFF LEE:  (Indecipherable).
20                    KATIE WILLIAMS:  Yeah, just to get
21  some of the stuff out.
22                    DESK OFFICER:  I understand.  You
23  know, obviously I understand that situation, but with
24  you coming in here and telling me that and something
25  happens and I don't take a report, you know how it's



HANSON RENAISSANCE
COURT REPORTERS & VIDEO    hansonreporting.com
                           313-567-8100

9/22/2009

 1    gonna be, okay.  They'd hang me out to dry here.

 2                    KATIE WILLIAMS:  Just some

 3    information (indecipherable).

 4                    DESK OFFICER:  This is all recorded.

 5    All I can do is write up a report and let the

 6    prosecutor make the determination himself on whether

 7    they're going to charge him or not, okay?

 8                    You have a mark on the side of your

 9    face, okay.  There is evidence that a physical assault

10    took place over there.

11                    KATIE WILLIAMS: (Indecipherable).

12                    DESK OFFICER:  He's not the first

13    officer to ever get charged with a domestic.

14                    KATIE WILLIAMS:  I don't want to do

15    that.

16                    DESK OFFICER:  What time did this

17    happen?

18                    KATIE WILLIAMS:  9:45.

19                    DESK OFFICER:  He just showed up at

20    the house?  (Indecipherable).  It's still his house?

21                    KATIE WILLIAMS:  Yeah.

22                    DESK OFFICER:  You guys are still

23    legally married then?

24                    KATIE WILLIAMS:  Yeah.

25                    DESK OFFICER:  Okay.  He comes over



```
 1    there.

 2                    KATIE WILLIAMS:  He comes over

 3    (indecipherable).

 4                    DESK OFFICER:  And what was the

 5    situation like?  What happened.

 6                    KATIE WILLIAMS:  I was on the

 7    phone --

 8                    DESK OFFICER:  Okay.

 9                    KATIE WILLIAMS:  -- and he just got

10    irate.

11                    DESK OFFICER:  What did he do?

12                    KATIE WILLIAMS:  He snatched my

13    phone -- he snatched my phone and stuck it in his

14    pocket, and I was like give me my phone, give me my

15    phone, and he was like, you know, (indecipherable), you

16    know, this is why you left me, and so he went irate,

17    and he took my -- I tried to leave, took my keys, and

18    he threw my keys into the bushes.

19                    DESK OFFICER:  Okay.

20                    KATIE WILLIAMS:  And then he got in

21    his car and he left.

22                    DESK OFFICER:  (Indecipherable).

23                    KATIE WILLIAMS:  And he threw me

24    down when I tried to get my keys.

25                    DESK OFFICER:  Where was this at
```



**9/22/2009**

Page 8

1    when he threw you down?

2                        KATIE WILLIAMS:   Outside.

3                        THE COURT:   So -- well, how did you

4    hit your head?

5                        KATIE WILLIAMS:   Probably when I --

6    it was over like by the bushes.

7                        DESK OFFICER:   Did you actually hit

8    the ground?

9                        KATIE WILLIAMS:   Yeah.

10                       DESK OFFICER:   So he was trying

11   to -- he was wrestling with you to grab the keys?

12                       KATIE WILLIAMS:   Yeah.   I had them

13   in my hand, and he was like trying to snatch them and

14   he pushed me (indecipherable).

15                       DESK OFFICER:   Pushed you down, down

16   forward, backward, how?   Did he (indecipherable) --

17                       KATIE WILLIAMS:   Down, so it was

18   kind of like a -- I don't know if he pushed me or --

19                       DESK OFFICER:   Are you an officer

20   too?

21                       KATIE WILLIAMS:   Yeah.

22                       DESK OFFICER:   What police

23   department?

24                       KATIE WILLIAMS:   Same department.

25                       DESK OFFICER:   What district?



1                         KATIE WILLIAMS:  Detroit.  I work at

2        the academy actually, but we work in the same

3        department.

4                         DESK OFFICER:  Okay.  Are you hurt

5        at all?  Do you want medical attention?

6                         KATIE WILLIAMS:  No.  Who was that.

7                         CLIFF LEE:  (Indecipherable).

8                         KATIE WILLIAMS:  Oh.  No.

9                         CLIFF LEE:  Where we at?

10                        DESK OFFICER:  Well, she's at the

11       point where she doesn't want to press charges against

12       the guy.  I don't know -- do you -- are you the -- are

13       you the new boyfriend then?

14                        CLIFF LEE:  Yes.

15                        DESK OFFICER:  Okay.  How do you

16       feel about the whole situation?

17                        CLIFF LEE:  Well, I think she -- the

18       problem is she's worried about long term him doing

19       something to her.  I mean he's threatened her before in

20       the past.

21                        DESK OFFICER:  That's what I'm

22       saying.  There's obviously some kind of pattern going

23       on h ere.  You know as well as I do that if I don't

24       take a report based on what she's told me already and

25       then something really serious happens and it -- and it



HANSON RENAISSANCE    hansonreporting.com
COURT REPORTERS & VIDEO    313-567-8100

```
1    comes back that it has been reported but I didn't take
2    a report, you know, that's gonna be something that I'm
3    gonna have to answer up to.  It's domestic, you know
4    that it's domestic, you guys are married, you have a
5    kid, so --
6                    KATIE WILLIAMS:  Not together.
7                    DESK OFFICER:  Okay, not a child a
8    okay.  But you're married, you live together, either
9    way.  How long have you guys been married for?
10                   KATIE WILLIAMS:  Three years.
11                   DESK OFFICER:  And you split up how
12   long ago did you say?
13                   KATIE WILLIAMS:  About two months
14   ago.
15                   DESK OFFICER:  Two months ago, and
16   this is the only physical confrontation between the two
17   of you at that point?
18                   KATIE WILLIAMS:  (Indecipherable).
19                   DESK OFFICER:  Are you willing to
20   fill out a witness statement to what happened?
21                   KATIE WILLIAMS:  I can't.
22                   DESK OFFICER:  Are you -- you just
23   don't want to -- you don't want me to write up a
24   domestic, right?
25                   KATIE WILLIAMS:  I don't want him to
```



**9/22/2009**

1     lose his job.  He will lose his job.

2                         DESK OFFICER:  Can you give me one

3     second?

4                         KATIE WILLIAMS:  Um-hum.

5                         DESK OFFICER:  One second.

6                         (The Desk Officer leaves the desk.)

7                         DESK OFFICER:  Okay.  So you want to

8     go to your house to get stuff out of there to stay

9     elsewhere?

10                        KATIE WILLIAMS:  Yeah.

11                        DESK OFFICER:  Where is your kid at

12    right now?

13                        KATIE WILLIAMS:  He's at my mom's.

14                        DESK OFFICER:  Okay.  So you just

15    want to go and get some your stuff out?

16                        KATIE WILLIAMS:  Right.

17                        DESK OFFICER:  You just want to make

18    sure that you have an officer there so that in case he

19    shows up?

20                        KATIE WILLIAMS:  In case he's there,

21    and he shows up.  Because he was there when I left.

22                        DESK OFFICER:  He you ended up

23    getting your keys and --

24                        KATIE WILLIAMS:  I found my keys and

25    I left.



9/22/2009

1           CLIFF LEE:  But he went back --

2           KATIE WILLIAMS:  He went back to my

3    house.

4           CLIFF LEE:  -- with a friend.

5           DESK OFFICER:  Oh.

6           DEFENDANT ATTORNEY:  With his buddy,

7    best friend.

8           DESK OFFICER:  What was his reason

9    for being there?

10           KATIE WILLIAMS:  I have no idea.  I

11    didn't -- I haven't talked to him since then.  And he

12    called my sister and told my sister that he took --

13    that he cleared out the bank account, he told me sister

14    that he did it and that, you know -- I don't even know

15    what else he told her, but he found out that I had a

16    boyfriend, that that's the reason he was

17    (indecipherable), so --

18           DESK OFFICER:  Well --

19           KATIE WILLIAMS:  Then he just texted

20    my sister again and told her that he's calling from my

21    house now, and I don't know what he's doing.

22           CLIFF LEE:  He's playing a little

23    game.

24           KATIE WILLIAMS:  He does this all

25    the time.  So I don't know if he's still at the house



**9/22/2009**

1  right now, in the house, so I don't want to just go

2  there.

3                    DESK OFFICER:  I understand.  All

4  right.  Here's what I'm gonna do.  I'm gonna take this

5  information down.  By law, as you guys know, I gotta

6  write a report on it.  I'm not gonna -- even if I talk

7  to him or see him tonight I'm not gonna arrest him

8  based on the information that you gave me, okay, but I

9  am gonna write a report and it is gonna get faxed to

10  the Wayne County prosecutor and they'll make the

11  determination on it, okay?

12                    They have to -- I mean it has to be

13  documented.  The problem is, like you said, if -- you

14  know by law we're required to take that information if

15  it's presented to us, okay.  And if we don't, we can be

16  criminally charged.  Our department here is very, very

17  strict when it comes to that.

18                    I called the sergeant to let him

19  know what was going on and just asked him if there was

20  any other avenues that he wanted me to take, and what I

21  told you is basically what he wanted me to do, okay?

22                    CLIFF LEE:  What prosecutor do you

23  deal with?

24                    DESK OFFICER:  We deal with -- it

25  just depends, whoever we fax it to, so -- she'll --


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313-567-8100

1   she'll call.  The prosecutor will call.

2                        CLIFF LEE:  Who?

3                        DESK OFFICER:  Her.

4                        CLIFF LEE:  The problem is --

5                        KATIE WILLIAMS:  He dates all the

6   prosecutors.

7                        DESK OFFICER:  Yeah, well --

8                        CLIFF LEE:  He's in real good

9   (indecipherable).

10                        DESK OFFICER:  So are you saying you

11   want to press charges against him?

12                        KATIE WILLIAMS:  No, I don't.  I

13   want to get just to my house and get my stuff.

14                        DESK OFFICER:  Okay.  What's your

15   name -- can I get your ID.

16                        KATIE WILLIAMS:  No, because you're

17   going to right a report as soon as I give you my ID,

18   and (indecipherable).

19                        CLIFF LEE:  So you can't just do a

20   escort to take her to her house to get her stuff?

21                        DESK OFFICER:  Not -- not at this

22   point.  We just gotta document it.  We gotta -- we

23   gotta fax it to the prosecutor.  I will definitely come

24   over there, you know, myself and somebody else will

25   come over there, make sure that he's not there, and you



**9/22/2009**

1    can get your stuff and you can go, but I'm required,

2    and now that my sergeant knows about it he's -- he's

3    gonna be, you know, asking where it's at.

4                    CLIFF LEE:  I don't know what else

5    to say.

6                    DESK OFFICER:  You guys know where

7    I'm coming from, right?

8                    CLIFF LEE:  I'm not in disagreement,

9    but --

10                   DESK OFFICER:  I understand.

11                   CLIFF LEE:  The problem -- the

12   problem we have is this, because --

13                   DESK OFFICER:  Does he know who you

14   are?

15                   CLIFF LEE:  He probably does.  He

16   don't really know me.

17                   DESK OFFICER:  Okay.

18                   CLIFF LEE:  He knows who I am, but

19   he don't know that we're seeing each other.

20                   DESK OFFICER:  Okay.

21                   CLIFF LEE:  But they're

22   not together.

23                   DESK OFFICER:  You guys don't work

24   out of the same building, right?

25                   CLIFF LEE:  Him and I?



1                    DESK OFFICER:  Yeah.

2                    KATIE WILLIAMS:  No.

3     (Indecipherable).

4                    CLIFF LEE:  But he -- they were

5     already split, so, you know, he's not letting go.

6                    DESK OFFICER:  Um-hum.

7                    CLIFF LEE:  I mean the hard part

8     about it is, like you said, Wayne County prosecutor --

9     I mean you don't have a name?

10                    DESK OFFICER:  I can get you --

11                    KATIE WILLIAMS:  (Indecipherable).

12    There's a couple of them down there that

13    (indecipherable).

14                    DESK OFFICER:  No, we just fax them

15    and it goes from there.

16                    KATIE WILLIAMS:  I want to make some

17    phone calls (indecipherable).

18                    CLIFF LEE:  So (indecipherable).

19                    DESK OFFICER:  I mean again, the

20    prosecutor is probably gonna call you and ask you if

21    you want to press charges against him.

22                    KATIE WILLIAMS:  But once he gets

23    wind of this (indecipherable) it's gonna be -- if it

24    doesn't go through, or even if it does it's gonna be

25    even more (indecipherable).



1                    DESK OFFICER:  Then this is what you

2    need to tell the prosecutor when she calls you.  Let

3    her know this whole situation.  I'm not gonna put in

4    the report that, you know -- any of the -- any -- I'm

5    gonna put in there basically all of what you told me,

6    that you don't want to go forth with it, you don't want

7    him to lose his job.

8                    It's basically a paper trail.  It's

9    a cover our ass thing, you know.  I'll put in there

10   that you don't want to prosecute, that you don't want

11   to write out a statement.

12                   KATIE WILLIAMS:  Let me think about

13   it.  Let's talk.

14                   CLIFF LEE:  (Indecipherable).

15                   KATIE WILLIAMS:  (Indecipherable).

16   Okay.

17                   DESK OFFICER:  What?

18                   KATIE WILLIAMS:  Figure out what I'm

19   gonna do.

20                   DESK OFFICER:  Well --

21                   CLIFF LEE:  Are you taking this

22   information down?

23                   DESK OFFICER:  I haven't taken

24   anything.  She hasn't given me anything.

25                   CLIFF LEE:  What we'll do is we'll



**9/22/2009**

Page 18

1    come back then, because right now you don't have

2    anything --

3                        DESK OFFICER:  Okay.

4                        CLIFF LEE:  -- you know what I'm

5    saying?

6                        DESK OFFICER:  I understand.

7                        CLIFF LEE:  Okay.

8                        KATIE WILLIAMS:  Thank you.

9                        DESK OFFICER:  Do you still want

10   anybody to go over to the house?

11                       KATIE WILLIAMS:  No.

12                       CLIFF LEE:  (Indecipherable).

13                       (End of video.)

14

15

16

17

18

19

20

21

22

23

24

25



9/22/2009

1                    CERTIFICATE OF NOTARY

2    STATE OF MICHIGAN    )

3                        ) SS

4    COUNTY OF OAKLAND    )

5        I, Jennifer L. Ward, Certified Shorthand Reporter,

6    a Notary Public in and for the above county and state,

7    do hereby certify that the above deposition was taken

8    before me at the time and place hereinbefore set forth;

9    that the witness was by me first duly sworn to testify

10   to the truth, and nothing but the truth, that the

11   foregoing questions asked and answers made by the

12   witness were duly recorded by me stenographically and

13   reduced to computer transcription; that this is a true,

14   full and correct transcript of my stenographic notes so

15   taken; and that I am not related to, nor of counsel to

16   either party nor interested in the event of this cause.

17

18

19

20                    Jennifer L. Ward, CSR-3717

21                    Notary Public,

22                    Oakland County, Michigan

23

24   My Commission expires:  10-27-2013

25



**A**

academy 9:2
account 12:13
ago 10:12,14,15
answer 10:3
answers 19:11
anybody 18:10
arrest 13:7
asked 13:19 19:11
asking 15:3
ass 17:9
assault 6:9
attention 9:5
ATTORNEY 12:6
avenues 13:20

**B**

back 4:22 10:1
  12:1,2 18:1
backward 8:16
badge 3:1
bank 12:13
based 9:24 13:8
basically 13:21
  17:5,8
bedroom 5:4
best 12:7
boyfriend 9:13
  12:16
buddy 12:6
building 15:24
bushes 7:18 8:6

**C**

call 14:1,1 16:20
called 12:12 13:18
calling 12:20
calls 16:17 17:2
Canton 1:7,14 2:15
car 7:21
case 11:18,20
cause 19:16
CERTIFICATE 19:1
Certified 19:5
certify 19:7
charge 6:7
charged 6:13 13:16
charges 9:11 14:11
  16:21
child 4:20,20 10:7
citizen 2:24 3:15
cleared 12:13
CLIFF 2:3,8,25 3:3
  3:6,10 4:14 5:19
  9:7,9,14,17 12:1
  12:4,22 13:22
  14:2,4,8,19 15:4

15:8,11,15,18,21
15:25 16:4,7,18
17:14,21,25 18:4
18:7,12
come 14:23,25 18:1
comes 6:25 7:2
  10:1 13:17
coming 4:22 5:24
  15:7
Commission 19:24
computer 19:13
confrontation
  10:16
correct 19:14
counsel 19:15
county 13:10 16:8
  19:4,6,22
couple 16:12
COURT 8:3
cover 17:9
criminally 13:16
CSR-3717 19:20

**D**

dates 14:5
deal 13:23,24
DEFENDANT 12:6
definitely 14:23
department 1:7,14
  8:23,24 9:3
  13:16
depends 13:25
deposition 19:7
determination 6:6
  13:11
Detroit 5:16 9:1
disagreement 15:8
district 8:25
divorce 3:19 4:17
document 14:22
documented 13:13
doing 9:18 12:21
domestic 5:7 6:13
  10:3,4,24
dry 6:1
duly 19:9,12

**E**

either 10:8 19:16
ended 11:22
ere 9:23
escort 3:3 5:10
  14:20
event 19:16
evidence 6:9
expires 19:24

**F**

face 6:9
fax 13:25 14:23
  16:14
faxed 13:9
feel 9:16
Figure 17:18
filed 4:16
filing 3:19
fill 10:20
first 6:12 19:9
foregoing 19:11
forth 17:6 19:8
forward 8:16
found 11:24 12:15
friend 12:4,7
full 19:14

**G**

game 12:23
getting 11:23
give 7:14,14 11:2
  14:17
given 17:24
go 5:17 11:8,15
  13:1 15:1 16:5
  16:24 17:6 18:10
goes 16:15
going 3:8,12,16
  6:7 9:22 13:19
  14:17
gonna 6:1 10:2,3
  13:4,4,6,7,9,9
  15:3 16:20,23,24
  17:3,5,19
good 14:8
gotta 13:5 14:22
  14:22,23
grab 8:11
ground 3:25 8:8
guy 9:12
guys 2:1,7 3:12,13
  4:9,15 6:22 10:4
  10:9 13:5 15:6
  15:23

**H**

h 9:23
hand 8:13
hang 6:1
happen 2:7 6:17
happened 4:19 5:2
  7:5 10:20
happens 5:25 9:25
hard 16:7
head 8:4
heard 5:6

Hello 4:14
helps 2:23 3:14
hereinbefore 19:8
hit 8:4,7
house 2:8 3:4,22
  5:10,17 6:20,20
  11:8 12:3,21,25
  13:1 14:13,20
  18:10
hurt 9:4
husband 3:21

**I**

ID 14:15,17
idea 4:3,5 12:10
indecipherable
  2:19,25 3:22
  4:19,21 5:11,19
  6:3,11,20 7:3,15
  7:22 8:14,16 9:7
  10:18 12:17 14:9
  14:18 16:3,11,13
  16:17,18,23,25
  17:14,15 18:12
information 6:3
  13:5,8,14 17:22
interested 19:16
irate 7:10,16

**J**

Jennifer 19:5,20
job 11:1,1 17:7

**K**

keys 3:24 7:17,18
  7:24 8:11 11:23
  11:24
kid 10:5 11:11
kind 8:18 9:22
know 4:6,18 5:23
  5:25 7:15,16
  8:18 9:12,23
  10:2,3 12:14,14
  12:21,25 13:5,14
  13:19 14:24 15:3
  15:4,6,13,16,19
  16:5 17:3,4,9
  18:4
knows 15:2,18

**L**

L 19:5,20
law 13:5,14
leave 5:11 7:17
leaves 11:6
LEE 2:3,8,25 3:3,6
  3:10 4:14 5:19


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313-567-8100

9:7,9,14,17 12:1
  12:4,22 13:22
  14:2,4,8,19 15:4
  15:8,11,15,18,21
  15:25 16:4,7,18
  17:14,21,25 18:4
  18:7,12
left 4:19,20,21
  7:16,21 11:21,25
legally 6:23
letting 16:5
Let's 17:13
license 4:18
little 12:22
live 10:8
long 4:8 9:18 10:9
  10:12
lose 11:1,1 17:7

M
mark 6:8
married 4:17 6:23
  10:4,8,9
mean 9:19 13:12
  16:7,9,19
medical 9:5
Mexico 4:17
Michigan 1:1 19:2
  19:22
minute 3:9
minutes 2:7
mom's 11:13
months 4:10,11
  10:13,15

N
name 14:15 16:9
need 3:13 17:2
needs 3:3
new 9:13
Nine 4:25
Notary 19:1,6,21
notes 19:14

O
Oakland 19:4,22
obviously 5:23
  9:22
Oh 9:8 12:5
okay 2:5,20,21 3:5
  3:10,13,16,23
  4:23 5:5 6:1,7,9
  6:25 7:8,19 9:4
  9:15 10:7,8 11:7
  11:14 13:8,11,15
  13:21 14:14
  15:17,20 17:16

18:3,7
old 4:23
once 16:22
Outside 8:2

P
PAGE 1:10
paper 17:8
park 2:14,16
part 16:7
party 19:16
pattern 9:22
phone 3:25 7:7,13
  7:13,14,15 16:17
physical 6:9 10:16
place 6:10 19:8
playing 12:22
pocket 7:14
point 9:11 10:17
  14:22
police 1:7,14 5:13
  8:22
presented 13:15
press 9:11 14:11
  16:21
probably 8:5 15:15
  16:20
problem 9:18 13:13
  14:4 15:11,12
process 3:18
prosecute 17:10
prosecutor 6:6
  13:10,22 14:1,23
  16:8,20 17:2
prosecutors 14:6
Public 19:6,21
pushed 8:14,15,18
put 17:3,5,9

Q
questions 19:11
quick 2:2

R
real 14:8
really 2:2 5:9
  9:25 15:16
reason 12:8,16
recorded 6:4 19:12
reduced 19:13
related 19:15
report 2:4 5:25
  6:5 9:24 10:2
  13:6,9 14:17
  17:4
reported 10:1
Reporter 19:5

required 13:14
  15:1
right 4:1,18 10:24
  11:12,16 13:1,4
  14:17 15:7,24
  18:1
rush 3:6

S
saying 9:22 14:10
  18:5
seat 2:6,6,22
second 11:3,5
see 5:1,3 13:7
seeing 15:19
SEPTEMBER 1:15
sergeant 13:18
  15:2
serious 9:25
set 19:8
she'll 13:25 14:1
Shorthand 19:5
showed 6:19
shows 3:1 11:19,21
side 6:8
sister 4:13 12:12
  12:12,13,20
situation 5:8,23
  7:5 9:16 17:3
snatch 8:13
snatched 7:12,13
somebody 14:24
son 4:21,24
soon 14:17
south 2:19
split 4:9 10:11
  16:5
SS 19:3
state 1:1 19:2,6
statement 10:20
  17:11
stay 11:8
staying 4:4
stenographic 19:14
stenographically
  19:12
Street 2:10,11,17
strict 13:17
stuck 7:13
stuff 5:10,17,21
  11:8,15 14:13,20
  15:1
sure 11:18 14:25
sworn 19:9

T
take 2:6,6,22 5:25

9:24 10:1 13:4
  13:14,20 14:20
taken 17:23 19:7
  19:15
talk 13:6 17:13
talked 12:11
tell 17:2
telling 5:24
term 9:18
testify 19:9
texted 12:19
Thank 18:8
They'd 6:1
thing 17:9
think 9:17 17:12
thinks 4:21
threatened 9:19
Three 10:10
threw 3:25 7:18,23
  8:1
time 6:16 12:25
  19:8
told 9:24 12:12,13
  12:15,20 13:21
  17:5
tonight 3:22 13:7
trail 17:8
trailer 2:14,16
transcript 19:14
transcription 1:13
  19:13
tried 7:17,24
true 19:13
truth 19:10,10
trying 3:6 8:10,13
two 4:10,11 10:13
  10:15,16

U
Uh-huh 3:2,20
Um-hum 4:12 11:4
  16:6
understand 5:22,23
  13:3 15:10 18:6
unidentified 2:24
  3:15

V
valid 4:18
video 18:13
VIDEOTAPE 1:7,14

W
Wall 2:10,10,13,17
want 2:3 4:18 5:9
  5:11,14,17 6:14
  9:5,11 10:23,23



```
      10:25 11:7,15,17
      13:1 14:11,13
      16:16,21 17:6,6
      17:10,10 18:9
wanted 13:20,21
Ward 19:5,20
way 10:9
Wayne 13:10 16:8
went 7:16 12:1,2
we'll 3:12 17:25
      17:25
we're 13:14 15:19
willing 10:19
wind 16:23
witness 10:20 19:9
      19:12
work 9:1,2 15:23
worried 9:18
wrestling 8:11
write 6:5 10:23
      13:6,9 17:11
```

---
### Y
```
Yeah 3:8 5:20 6:21
      6:24 8:9,12,21
      11:10 14:7 16:1
years 10:10
```

---
### 1
```
1 1:10
10-27-2013 19:24
19 1:10
```

---
### 2
```
2009 1:15
22 1:15
```

---
### 9
```
9:45 6:18
```

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313-567-8100