Exhibit 29

**JOHN A. ZICK, P.C.**
ATTORNEY AND COUNSELOR AT LAW
ARBORETUM OFFICE PARK
34705 WEST TWELVE MILE ROAD, SUITE 311
FARMINGTON HILLS, MICHIGAN 48331

TELEPHONE (248) 489-1447
FAX (248) 489-1453

October 20, 2009

Canton Police Department
1150 S. Canton Center Road
Canton, MI 48188

By fax to (734) 394-5478
and U.S. Mail

Re: Freedom of Information Act Request

Dear Sir or Madam:

This office represents the Estate of Patricia C. Williams, who was killed in the parking lot of the Canton Township Library on September 22, 2009. Pursuant to the Freedom of Information Act, request is made for copies of the following materials:

    A.    The complete investigative record of the Canton Police Department regarding the events of September 22, 2009, when Edward G. Williams fatally shot himself and Patricia C. Williams;

    B.    All audiotapes and transcriptions of 911 calls to the Canton Police Department between the hours of 8:00 a.m. and 10:00 a.m. on September 22, 2009;

    C.    All audiotapes and videotapes of the front desk and the parking lot of the Canton Police Department between the hours of 8:00 a.m. and 10:00 a.m. on September 22, 2009;

    D.    All messages, data input or communications of any other nature from any representative of the Canton Police Department to the Law Enforcement Information Network regarding Edward G. Williams;

    E.    All Canton Police Department dispatch audiotapes and records, including but not limited to Computer Automated Dispatch records, for the hours of 8:00 a.m. to 10:00 a.m. on September 22, 2009;

Canton Police Department
October 20, 2009
Page 2

    F.    All communications or records of communications of any nature between any representative of the Canton Police Department and any representative of the Detroit Police Department, regarding Edward G. Williams;

    G.    All communications or records of communications of any nature between any representative of the Canton Police Department and any representative of the Detroit Police Department, regarding the events of September 22, 2009, when Edward G. Williams fatally shot himself and Patricia C. Williams;

    H.    All communications or records of communications of any nature between any representative of the Canton Police Department and any representative of the Michigan State Police, regarding Edward G. Williams;

    I.    All communications or records of communications of any nature between any representative of the Canton Police Department and any representative of the Michigan State Police, regarding the events of September 22, 2009, when Edward G. Williams fatally shot himself and Patricia C. Williams;

    J.    All complaints, audiotapes, videotapes, notes, reports or materials of any other nature, pertaining to occasions prior to September 22, 2009, when Canton Police officers responded to the home of Patricia C. Williams and Edward G. Williams;

    K.    All complaints, audiotapes, videotapes, notes or materials of any other nature, pertaining to reports from Patricia C. Williams concerning the actions or statements of Edward G. Williams.

As the requesting party, this law firm will pay reasonable retrieval and duplication costs incurred in connection with this request.

Canton Police Department
October 20, 2009
Page 3

    Thank you for your attention to this matter.

                            Very truly yours,

                            John A. Zick

JAZ/mer




# Canton Public Safety

1150 S. Canton Center Road, Canton, MI 48188 • 734/394-5400 • fax 734/394-5450
www.cantonpublicsafety.org

**John R. Santomauro, Director**
734/394-5445

**Nationally Accredited Law Enforcement Agency**

---

Faxed Letter Only 4 pages (248) 489-1453

October 23, 2009

John A. Zick, P.C.
Attorney and Counselor at Law
Arboretum Office Park
34705 West Twelve Mile Road, Suite 311
Farmington Hills, Michigan 48331

Dear Mr. Zick:

This notice is to inform you that your request by fax and letter was received by this department and is now being reviewed and processed.

Due to the nature of this incident (8135-09), notice is hereby given that the time allowed for our response will need to be extended. I will be contacting you by letter when the material is ready. My office number is (734) 394-5412, if you need to contact me.

Sincerely,

*Diane Smokovitz*

Diane Smokovitz
Public Safety Clerk III
Canton Police Department
1150 S. Canton Center Road
Canton, MI 48188
(734) 394-5412 office
(734) 394-5478 fax

---

Crime Prevention · Detective Bureau · Fire Administration · Fire Inspection-Prevention · Ordinance Enforcement · Patrol Division · Records Bureau