UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH RYAN,

    Plaintiff,

Case No. 11-cv-10900

v.

HON. MARK A. GOLDSMITH

CITY OF DETROIT, et al.,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the opinions and orders entered in this case, see 10/9/2013 Op. & Order (Dkt. 120); 3/25/2015 Op. & Order (Dkt. 157); 3/25/2015 Op. & Order (Dkt. 158); 3/30/2016 Op. & Order (Dkt. 170), judgment is entered in favor of all Defendants, dismissing Plaintiff's claims with prejudice.

    SO ORDERED.

DAVID J. WEAVER
CLERK OF THE COURT

By:   s/Karri Sandusky
      DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: March 30, 2016